**Joseph J. KONCEL, Appellant,**

v.

**John F. AULT; Michael Lambert, Captain; Richard Zimmerman, Appellees.**

**No. 02–2431.**

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 4, 2003.

Decided Feb. 7, 2003.

Before BOWMAN, WOLLMAN, and LOKEN, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Joseph J. Koncel appeals the district court's[1] pre-service dismissal of his 42

---

1. The Honorable James J. Barta, United States Bankruptcy Judge for the Eastern District of Missouri.

1. The Honorable Edward J. McManus, United States District Judge for the Northern District of Iowa.

U.S.C. § 1983 complaint, and the subsequent denial of his request for reconsideration. Having carefully reviewed the record, we conclude that dismissal was proper for the reasons explained by the district court, and that the court did not abuse its discretion in denying Koncel's motion for reconsideration.

Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.